**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Counsel for Plaintiffs**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BEASLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>Defendant. | Case No: 3:18-cv-6730-SI<br><br>**JOINT STIPULATION DISMISSING CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: The Honorable Susam Illston |

| | |
|---|---|
| 1 | The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure |
| 2 | 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party |
| 3 | to bear its own attorney's fees and costs. |

DATED: August 1, 2019                              Respectfully Submitted,

s/ Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:   (619) 343-2789

**Counsel for Plaintiffs**


s/ Andrew Phillips
ANGELA SPIVEY (*pro hac vice*)
ANDREW PHILLIPS (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

RACHEL E. K. LOWE (SBN 246361)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

**Counsel for Defendant**