**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:   (619) 343-2789

**Counsel for Plaintiffs**

*IT IS SO ORDERED*
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BEASLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>Defendant. | Case No: 3:18-cv-6730-SI<br><br>**JOINT STIPULATION DISMISSING CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: The Honorable Susam Illston |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party to bear its own attorney's fees and costs.

DATED: August 1, 2019

Respectfully Submitted,

s/ Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:    (619) 798-2006
Facsimile:    (619) 343-2789

**Counsel for Plaintiffs**

s/ Andrew Phillips
ANGELA SPIVEY (*pro hac vice*)
ANDREW PHILLIPS (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

RACHEL E. K. LOWE (SBN 246361)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

**Counsel for Defendant**